# EXHIBIT "A"

**WEISBERG & MEYERS, LLC**
ATTORNEYS FOR CONSUMERS
888-595-9111 (TOLL FREE)
866-565-1327 FACSIMILE
WWW.DEBTHELPLAWYERS.COM

CLIENT AUTHORIZATION AND LIMITED POWER OF ATTORNEY

To Whom It My Concern:

I/ We:

*Jay Jenkins        Amy Jenkins*

Appoint Weisberg & Meyers as my/our agent, to act on my/ our behalf pertaining to creditors claims of indebtedness. I/We employ Weisberg & Meyers to communicate with creditors and creditors agents for the purpose of negotiating financial settlement arrangements on creditors claims of indebtedness. If necessary, and in accordance with the Fair Debt Collection Practices Act, I/We authorize Weisberg & Meyers to issue orders to cease communication between creditors and creditors agents and me/us. I/We respectfully request that creditors and their agents contact Weisberg & Meyers as authorized by my/our signature(s) below. I/We grant Weisberg & Meyers full power and authority to do and perform each and every act and thing which may be necessary, or convenient, in connection with any of the foregoing, as fully, to all intents and purpose, as I/we might or could do if personally present, herby ratifying and confirming all Weisberg & Meyers shall lawfully do or cause to be done by authority hereof. Any reference to Weisberg & Meyers includes its employees.

MY/ Our Authorization(s):

| Client Signature | Printed Name | Date |
|---|---|---|
| *(signed)* | Jay Jenkins | 4-12-11 |
| *(signed)* | Amy Jenkins | 4-12-11 |

PLEASE NOTE: THE DEBTOR RESPECTFULLY REQUESTS THAT ALL COMMUNICATIONS REGARDING THIS ACCOUNT BE DIRECTED TO Weisberg & Meyers AND/OR THEIR AGENTS. THIS ACTION IS REQUIRED TO ASSURE PROPER AND EFFICIENT HANDLING OF THIS MATTER.

ARIZONA * COLORADO * FLORIDA * GEORGIA * NEW JERSEY * NEW MEXICO
NEW YORK * NORTH CAROLINA * OKLAHOMA * SOUTH CAROLINA * TENNESSEE * TEXAS * WASHINGTON