# EXHIBIT "B"

# WEISBERG & MEYERS, LLC

**ATTORNEYS FOR CONSUMERS**
(PLEASE DIRECT MAIL TO OUR CORPORATE OFFICE IN PHOENIX)
5025 NORTH CENTRAL AVE, #602
PHOENIX, ARIZONA 85012
WWW.ATTORNEYSFORCONSUMERS.COM
TOLL FREE NATIONWIDE 1-888-595-9111
866-565-1327 FACSIMILE

EXTENSION: 412
E-MAIL: DKURZ@ATTORNEYSFORCONSUMERS.COM

WRITER LICENSED IN:
NEW YORK; TEXAS
GEORGIA, NEW JERSEY AND
WASHINGTON

June 28, 2012

The Law Offices of Gerald E. Moore & Associates, P.C.
2700 Cumberland Pkwy., Ste. 400
Atlanta, GA 30339

RE:   Ms. Amy Jenkins
      509 Holly Dr.
      Dublin GA 31021-0438
      Last 4: 5441
      File/Ref No.: *8357; N0039226

Dear Sir/Madam:

The Law Offices of Gerald E. Moore & Associates, P.C. was first given notice of this claim on or about June 4, 2012. Despite the passage of almost one month, we have not been able to settle. I would prefer to resolve this matter amicably without having to get the courts involved. This letter is just an attempt to see if we can reach a settlement agreement without any further expense than necessary, and to this end, we will delay our filing of this claim.

Best regards,

Dennis R. Kurz
Attorney at Law

DK/lb